AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

LARRY HERNANDEZ

**APPEARANCE**

Case Number: 07-mj-00662

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

LARRY HERNANDEZ

I certify that I am admitted to practice in this court.

May 14, 2007
Date

*(signature)*
Signature

Louis M. Freeman — 7567
Print Name — Bar Number

30 Vesey Street, Suite 100
Address

New York, NY 10007
City    State    Zip Code

(212) 608-0808    (212) 962-9696
Phone Number    Fax Number